■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD J. LONERGAN, Appellant. — Judgment of the County Court, Nassau County, rendered June 20, 1980, affirmed. No opinion. This case is remitted to the

County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J.P., Mangano, O'Connor and Thompson, JJ., concur.